# Exhibit A

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Emelia L. Allen, Esq.
Nevada Bar No. 11898
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for the Debtor

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| In re: | ) | Case No. 14-15912 |
|---|---|---|
| | ) | |
| Jeffry S. Life, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Hearing Date: |
| | ) | Hearing Time: |
| | ) | |

**ORDER AUTHORIZING THE DEBTOR TO**
**REJECT CERTAIN EXECUTORY CONTRACTS**

Upon the motion (the "**Motion**")[1] of the above-captioned debtor and debtor in possession (the "**Debtor**"), for entry of an order authorizing the Debtor to reject certain executory contracts; and it appearing that the relief requested is in the best interests of the Debtor's estate, his creditors and other parties in interest; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 158(a); and after due deliberation and cause appearing therefore; it is hereby

---

[1] Capitalized terms not otherwise defined herein shall have those meanings ascribed to each term in the Motion.

1

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the Rejected Contracts, as defined in the Motion (Docket No. \_\_\_\_), including:

a. That certain Image License Agreement, dated March 1, 2009, by and between Jeffry S. Life, M.D. and Cenegenics, LLC;

b. That certain Equipment Lease dated June 20, 2011, between Financial Pacific Leasing, LLC and Jeffry S. Life, M.D. dba DrLife.com;

c. The certain Photography Services Agreement dated October 3, 2013, between Jason Ellis Photography and Jeffry S. Life, M.D.;

d. That certain Memorandum of Understanding dated October 8, 2013 and October 9, 2013, between Jason Ellis and Jeffry S. Life, M.D.;

e. That certain Publishing Agreement dated February 8, 2013, between Simon & Schuster, Inc. and Jeffry Life M.D.; and

f. That certain Agreement dated March 2, 2014, between Wellness Wave, Inc. and Dr. Jeffry Life, M.D., and Wellness Wave Beverly Hills, LLC, are deemed rejected as of the Petition Date; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Submitted by:

THE SCHWARTZ LAW FIRM, INC.

By: /s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Emelia L. Allen, Esq.
Nevada Bar No. 11898
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for the Debtor

**SUBMISSION TO COUNSEL FOR APPROVAL PURSUANT TO LR 9021**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The court has waived the requirement set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of this order.

APPROVED:

DISAPPROVED:

FAILED TO RESPOND:

Submitted by:

THE SCHWARTZ LAW FIRM, INC.

By: /s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq., NBN 10985
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, NV 89119
Attorneys for Debtor

# # #

3