Timothy A. Lukas, Esq.
Nevada Bar No. 4678
Joseph G. Went, Esq.
Nevada Bar No. 9220
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
Email: tlukas@hollandhart.com
jgwent@hollandhart.com

*Attorneys for Cenegenics, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>JEFFRY S. LIFE,<br><br>Debtor. | Case No.: 14-15912-ABL<br>Chapter: 11<br><br>**DECLARATION OF KRISTY BERRY IN SUPPORT OF *EX PARTE* MOTION TO FILE EXHIBITS UNDER SEAL IN CONNECTION WITH OPPOSITION TO MOTION FOR THE ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO REJECT CERTAIN EXECUTORY CONTRACTS** |
|---|---|

I, Kristy Berry, do hereby declare:

1. I am over the age of eighteen and am mentally competent. I make this declaration in support of the *Ex Parte Motion to File Exhibits Under Seal in Connection with the Opposition to the Motion for the Entry of an Order Authorizing the Debtor to Reject Certain Executory Contracts* (the "Motion").

2. I am the Chief of Staff of Cenegenics, LLC ("Cenegenics"), and have served in that capacity since October 2013. Prior to being promoted to Chief of Staff, I was the Chief Operating Officer of Cenegenics from 2005 to October 2013. I have also acted as the Director of Operations and Operations Manager at Cenegenics. In my capacity as Chief of Staff, I am familiar with Cenegenics' daily business, operational, and financial affairs, along with Cenegenics' *Opposition to the Motion for the Entry of an Order Authorizing the Debtor to Reject*

Page 1 of 2

7145621_1

*Certain Executory Contracts* (the "Opposition"), filed concurrently herewith.

3. Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge of Cenegenics' operations and finances, information learned from my review of relevant documents, and information supplied to me by other members of the Cenegenics' management and Cenegenics' various business and legal advisors. If called upon to testify as to the content of this Declaration, I could and would do so.

4. Debtor entered into a Management Support and License Agreement, including an Image License Agreement (the "Management Agreement"), and an Addendum to the Management Agreement (the "Addendum") (collectively, the "Agreement") with Cenegenics. The terms of the Agreement provides for its absolute confidentiality and proprietary nature. The Agreement contains confidential commercial information, consisting of the overall structure, terms, and conditions of the underlying business arrangement. The disclosure of such sensitive commercial information would impair Cenegenics' ability to negotiate favorable agreements in the future, and would provide its competitors with an unfair advantage.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of knowledge and belief.

EXECUTED this 24th day of September, 2014 in Clark County, Las Vegas, Nevada.

_____
KRISTY BERRY
Chief of Staff
Cenegenics, LLC

7145621_1