Samuel A. Schwartz, Esq.  
Nevada Bar No. 10985  
Bryan A. Lindsey, Esq.  
Nevada Bar No. 10662  
The Schwartz Law Firm, Inc.  
6623 Las Vegas Blvd. South, Suite 300  
Las Vegas, Nevada 89119  
Telephone: (702) 385-5544  
Facsimile: (702) 385-2741  
Attorneys for the Debtor

E-Filed: November 6, 2014

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>   Jeffry S. Life,<br><br>        Debtor. | Case No. 14-15912-ABL<br><br>Chapter 11<br><br>Hearing Date: November 19, 2014<br>Hearing Time: 1:30 p.m. |

**DECLARATION IN SUPPORT OF OPPOSITION TO THE MOTION
FOR RELIEF FROM STAY TO PROCEED WITH ARBITRATION**

Jeffrey S. Life, the above-captioned debtor and debtor-in-possession (the "**Debtor**"), by and through his counsel of record, The Schwartz Law Firm, Inc., hereby files the Declaration of Erik W. Fox in Support of Opposition to the Motion of Cenegenics, LLC for Relief from Stay to Proceed with Arbitration, attached hereto as Exhibit A.

Dated this 6th day of November, 2014.

Respectfully Submitted,

/s/Samuel A. Schwartz  
Samuel A. Schwartz, Esq.  
Nevada Bar No. 10985  
Bryan A. Lindsey, Esq.  
Nevada Bar No. 10662  
The Schwartz Law Firm, Inc.  
6623 Las Vegas Blvd. South, Suite 300  
Las Vegas, Nevada 89119  
Telephone: (702) 385-5544  
Facsimile: (702) 385-2741  
Attorneys for the Debtor

1

# **CERTIFICATE OF SERVICE**

I HEREBY certify that a true and correct copy of the forgoing was sent electronically via the Court's CM/ECF system on November 6, 2014, to the following:

ERIK W. FOX on behalf of Debtor JEFFRY S. LIFE
EFOX@MACLAW.COM, HBENEDICT@MACLAW.COM

TIMOTHY A LUKAS on behalf of Creditor CENEGENICS, LLC
ecflukast@hollandhart.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

JEFFREY SLOANE on behalf of Creditor FORD MOTOR CREDIT
barbara@jsloanelaw.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JOSEPH G. WENT on behalf of Creditor CENEGENICS, LLC
JGWent@hollandhart.com, agstajkowski@hollandhart.com

JOSEPH G. WENT on behalf of Plaintiff CENEGENICS, LLC
JGWent@hollandhart.com, agstajkowski@hollandhart.com

/s/Christy L. Cahall
   Christy L. Cahall

# Exhibit A

# DECLARATION OF ERIK W. FOX IN SUPPORT OF OPPOSITION TO MOTION FOR RELIEF FROM STAY

I, Erik W. Fox, declare as follows:

1. Cenegenics has not followed the arbitration provision of the ILA and no arbitration is pending or was pending prepetition.

2. The termination of the MSA occurred on March 1, 2014, and neither party has initiated arbitration concerning that event.

3. The other alternative dispute resolution provision within the MSA is the "Valuation Process", which is designed to resolve any dispute concerning the amount Cenegenics is required to pay to Dr. Life for his medical practice (the "**PC**") upon termination. Cenegenics has operated the PC since March 1, 2014, without making any payments to Dr. Life or his PC.

4. The valuation process for the PC is nearly completed as follows:

- The PC gave Cenegenics notice of termination on December 26, 2013;

- The MSA terminated on March 1, 2014;

- The PC retained a CPA who opined that the Practice is worth $1,023,000;

- Cenegenics retained a CPA who opined that the Practice has a value of zero;

- The two CPA's met and conferred. Unable to reach an agreement, the two CPA's designated a third CPA, George Swarts, as the Resolver;

- On September 12, 2014, the PC, through counsel, provided both reports to Mr. Swarts and asked him to derive his own valuation number within 30 days (in accordance with Section 8.5(B)(iii) of the MSA); and

- On September 22, 2014, Cenegenics wrote a letter to Mr. Swarts and informed him that he could not proceed "due to the automatic stay."

5. I sent a letter to George Swarts (the "Resolver" of the valuation procedure) on October 22, 2014. A true, correct and authentic copy of the correspondence is attached to the Opposition.

///

///

///

Page 1 of 2

MAC:10145-021 2365100_1 11/5/2014 2:28 PM

Pursuant to NRS § 53.045 and 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.[1]

Dated this 5 day of November, 2014.

_____
ERIK W. FOX

---

[1] **NRS 53.045** Use of unsworn declaration in lieu of affidavit or other sworn declaration. Any matter whose existence or truth may be established by an affidavit or other sworn declaration may be established with the same effect by an unsworn declaration of its existence or truth signed by the declarant under penalty of perjury, and dated, in substantially the following form.

**28 U.S.C. § 1746** Whenever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form

# MARQUIS AURBACH COFFING

DIRECT LINE: (702) 821-2410
DIRECT FAX: (702) 856-8934
EMAIL: EFOX@MACLAW.COM

ALBERT G. MARQUIS
PHILLIP S. AURBACH
AVECE M. HIGBEE
DALE A. HAYES
TERRY A. COFFING
SCOTT A. MARQUIS
JACK CHEN MIN JUAN
FRANK M. FLANSBURG III
CRAIG R. ANDERSON
DAVID A. COLVIN
TERRY A. MOORE
GERALDINE TOMICH
NICHOLAS D. CROSBY
JASON M. GERBER
MICAH S. ECHOLS
ERIK W. FOX
BRIAN R. HARDY
TYE S. HANSEEN
LIANE K. WAKAYAMA
CANDICE E. RENKA

JAMIE A. FROST
JACK F. DEGREE
CODY S. MOUNTEER
CHAD F. CLEMENT
BENJAMIN T. AUTEN
KRISTIN L. GIFFORD
CHRISTIAN T. BALDUCCI
VINCENT J. VITATOE
ADAM C. ANDERSON
JIMMY T. LEE
BRIANNA SMITH
JAMES J. RUGGEROLI
NIKITA R. PIERCE
JARED M. MOSER

JOHN M. SACCO
DAVID G. ALLEMAN
OF COUNSEL

October 22, 2014

*Via Email*

George C. Swarts, CPA
Swarts & Swarts
10091 Park Run Drive, Suite 200
Las Vegas, Nevada 89145
Email: george@cpa-lv.com

Re:   Dr. Jeffry S. Life, M.D. PC/Cenegenics
      Our File No. 10145-19

Dear Mr. Swarts:

The automatic stay under the bankruptcy code simply prohibits creditors from pursuing claims against a debtor outside of bankruptcy court. Here, you are not being asked to adjudicate claims Cenegenics may have against Dr. Life personally. Your sole duty is to determine the value of the PAMMP. The Management Services Agreement gives you no authority to adjudicate claims against Dr. Life even if the stay were to be lifted. Therefore, we ask that you determine the value of the PAMMP in accordance with the Agreement.

Sincerely,

MARQUIS AURBACH COFFING

Erik W. Fox, Esq.

EWF:hab
cc:   Anthony L. Hall, Esq.;
      Albert G. Marquis, Esq.

MAC: 2353135_1 10/22/2014 9:17 AM

10001 Park Run Drive • Las Vegas, NV 89145 • Phone 702.382.0711 • Fax 702.382.5816 • maclaw.com